# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

vs

**DENNIS JOSHUA WAGNER**

**Case Number:  2:12-cr-95-FtM-UASPC**

**USM Number: 57195-018**

Scott Thomas Moorey
Suite 101
1430 Royal Palm Square Blvd
Ft Myers, FL 33919

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty to Count One of the Information.  Accordingly, the Court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 3372 | Possession of an Alligator Within the Special Maritime and Territorial Jurisdiction of the United States Wildlife Take in Violation of the Laws of the State of Florida, in violation of the Federal Lacey Act 16 U.S.C  Sec. 3372(a)(3)(A) and 3373(d)(2) | January 1, 2012 | One |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

October 18, 2012

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

**DENNIS JOSHUA WAGNER**
**2:12-cr-95-FtM-UASPC**

# PROBATION

The defendant is hereby placed on probation for a term of 2 years- Unsupervised.

While on probation, the defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

2. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

4. The defendant shall notify the probation officer **at least TEN (10) days prior** to any change in residence or employment;

5. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

6. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

7. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

8. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

9. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

10. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 4/09) Judgment in a Criminal Case

**DENNIS JOSHUA WAGNER**
**2:12-cr-95-FtM-UASPC**

# ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

- The defendant shall perform FIFTY hours of community service as a condition of supervision. Service in an organization that promotes wildlife is preferred.

- The defendant is banned from Big Cypress National Preserve for the term of probation.

- The defendant is banned from other National Parks located in South Florida unless it is for work purposes.

AO 245B (Rev. 4/09) Judgment in a Criminal Case

**DENNIS JOSHUA WAGNER**
**2:12-cr-95-FtM-UASPC**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| **$25.00** | **$2,500.00** | **N/A** |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

Special Assessment in the amount of **$25.00** is due in full and immediately.

**The defendant is hereby ordered to pay a fine of $2,500.00.  The defendant is to make payments to the best of his/her ability and shall be paid in full at the end of the Probation term.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 4/09) Judgment in a Criminal Case